Same case below, 15 So. 3d 811.

**No. 09-974. Anthony Armando Rios, Petitioner v. California.**

559 U.S. 1069, 130 S. Ct. 2104, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3312.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-975. Maria L. Peterson, Petitioner v. PDQ Food Stores Inc., et al.**

559 U.S. 1069, 130 S. Ct. 2104, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3444,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-984. Timothy J. Owen, Petitioner v. Stephen P. Sands.**

559 U.S. 1069, 130 S. Ct. 2110, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3394.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 176 Cal. App. 4th 985, 98 Cal. Rptr. 3d 167.

**No. 09-995. David Tolle, Petitioner v. Kentucky.**

559 U.S. 1069, 130 S. Ct. 2110, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3382.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

**No. 09-1002. David Michael Davis, Petitioner v. Minnesota.**

559 U.S. 1069, 130 S. Ct. 2111, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3447.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 773 N.W.2d 66.

**No. 09-1003. Sergey Fisenko, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1069, 130 S. Ct. 2111, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3340.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 336 Fed. Appx. 504.

**No. 09-1013. Felipe Soriano-Arellano, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1069, 130 S. Ct. 2111, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3398.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1020. Joe Newton, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.**

559 U.S. 1069, 130 S. Ct. 2140, 176 L. Ed. 2d 725, 2010 U.S. LEXIS 3285.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.